**Order filed January 10, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00821-CV

_____

### THOMAS MOCCIA, Appellant

### V.

### THE PLAZA GROUP INC., Appellee

**On Appeal from the 164th District Court
Harris County, Texas
Trial Court Cause No. 2018-09368**

## O R D E R

Appellant's brief was due December 10, 2018. No brief or motion for extension of time has been filed.

If appellant does not file a brief with this court on or before **February 11, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM